UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>Defendants | No. 19-CR-10080-NMG |

## DEFENDANT ELISABETH KIMMEL'S WAIVER OF APPEARANCE FOR ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Elisabeth Kimmel hereby waives her right to appear in court for arraignment on the Second Superseding Indictment in the above-captioned case. Defendant and her counsel affirm that Mrs. Kimmel has received a copy of the Second Superseding Indictment and Mrs. Kimmel enters a plea of NOT GUILTY.

Therefore, Mrs. Kimmel respectfully requests that the Court accept this waiver and enter her plea of NOT GUILTY.

Respectfully Submitted,

*Elisabeth Kimmel*
Elisabeth Kimmel

/s/ *Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1707
ebeirne@mintz.com

Dated: April 12, 2019

2

**CERTIFICATE OF SERVICE**

      I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2019.

                                                  /s/ *Eóin P. Beirne*