# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Criminal Case No. 19-CR-10080-NMG |
| DAVID SIDOO, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' PRELIMINARY OPPOSITION TO PROPOSED PROTECTIVE ORDER

Defendants Michelle Janavs, Gamal Abdelaziz, Diane Blake and Todd Blake, I-Hsin "Joey" Chen, Amy Colburn and Gregory Colburn, Mossimo Giannulli, Elizabeth Henriquez and Manuel Henriquez, Elisabeth Kimmel, Lori Loughlin, William McGlashan, Jr., John Wilson, Dr. Homayoun Zadeh, and Robert Zangrillo (collectively as "Defendants"), through their undersigned counsel, hereby give notice that they oppose the government's motion for a protective order (the "Motion"). Dkt. No. 317. Defendants object to the substance of the government's proposed protective order as well as the government's failure to meet and confer with the Defendants prior to filing the Motion in violation of Local Rules 37.1(a). *See also* Local Rules 7.1 and 26.2(c).

Defendants respectfully request that the Court defer ruling on the Motion until all defendants have had an opportunity to be heard in opposition pursuant to Local Rules 37.1(c) and 116.3(i). Defendants will attempt to meet and confer with the government in an effort to narrow the areas of disagreement. In the absence of an agreement, Defendants will file an opposition to the Motion no later than April 23, 2019.

1

                              Respectfully Submitted,

                              MICHELLE JANAVS

                              By her attorneys,

Dated:  April 16, 2019          */s/ John L. Littrell*
                              Thomas H. Bienert, Jr. *(pro hac vice)*
                              John Littrell *(pro hac vice)*
                              Bienert | Katzman PC
                              903 Calle Amanecer, Suite 350
                              San Clemente, CA 92673
                              Tel: (949) 369-3700
                              tbienert@bienertkatzman.com
                              jlittrell@bienertkatzman.com

                              Jonathan L. Kotlier (BBO #545491)
                              Nutter, McClennen & Fish, LLP
                              155 Seaport Boulevard
                              Boston, MA 02210-2604
                              Tel: 617-439-2000
                              jkotlier@nutter.com

                              GAMAL ABDELAZIZ

                              By his attorneys,

Dated: April 16, 2019           */s/ Brian T. Kelly*
                              Brian T. Kelly (BBO #549556)
                              Joshua C. Sharp (BBO #681439)
                              Nixon Peabody LLP
                              53 State Street
                              Boston, MA 02109
                              Tel: (617) 345-1000
                              bkelly@nixonpeabody.com
                              jsharp@nixonpeabody.com

I-HSIN "JOEY" CHEN

By his attorneys,

Dated:  April 16, 2019

/s/ Reuben Camper Cahn
Reuben Camper Cahn (pro hac vice)
Jennifer L. Keller (pro hac vice)
Chase A. Scolnick (pro hac vice)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com


AMY COLBURN AND GREGORY COLBURN

By their attorneys,

Dated: April 16, 2019

/s/ Jordan Kearney
Jordan Kearney (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 875-8500
jkearney@health-law.com

David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
Tel: (617) 532-2700
dschumacher@health-law.com

Patric Hooper (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Tel: (310) 551-8111
phooper@health-law.com

                                        ELIZABETH HENRIQUEZ

                                        By her attorneys,

Dated: April 16, 2019              */s/ Aaron M. Katz*
                                        Aaron M. Katz (BBO #662457)
                                        Ropes & Gray LLP
                                        Prudential Tower
                                        800 Boylston St.
                                        Boston, MA 02199-3600
                                        Tel: (617) 951-7117
                                        aaron.katz@ropesgray.com

                                        Laura G. Hoey *(pro hac vice)*
                                        Ropes & Gray LLP
                                        191 North Wacker Drive, 32nd Floor
                                        Chicago, IL 60606
                                        Tel: (312) 845-1200
                                        laura.hoey@ropesgray.com

                                        Colleen A. Conry *(pro hac vice)*
                                        Ropes & Gray LLP
                                        2099 Pennsylvania Avenue, N.W.
                                        Washington, DC 20006-6807
                                        Tel: (202) 508-4600
                                        colleen.conry@ropesgray.com


                                        MANUEL HENRIQUEZ

                                        By his attorneys,

Dated: April 16, 2019              */s/ Walter Brown*
                                          Walter Brown *(pro hac vice)*
                                        Orrick, Herrington & Sutcliffe, LLP
                                        405 Howard Street
                                        San Fransciso, CA 94105
                                        Tel: (415) 773-5700
                                        wbrown@orrick.com

ELISABETH KIMMEL

By her attorneys,

Dated: April 16, 2019
/s/ Eóin P. Beirne
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Eóin P. Beirne (BBO #660885)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-02111
ebeirne@mintz.com

JOHN WILSON

By his attorneys,

Dated: April 16, 2019
/s/ Michael Kendall
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak *(pro hac vice)*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com

DR. HOMAYOUN ZADEH

By his attorneys,

Dated: April 16, 2019
/s/ Tracy A. Miner
Tracy A. Miner (BBO #547137)
Megan A. Siddall (BBO #568979)
Seth B. Qrkand (BBO #669810)
Miner Qrkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-83 77
tminer@mosllp.com

5

        msiddall@mosllp.com
        sorkand@mosllp.com


        ROBERT ZANGRILLO

        By his attorneys,

Dated: April 16, 2019    */s/ Nicholas Theodorou*
        Nicholas Theodorou (BBO #495730)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        Tel: (617) 832-1163
        ntheodorou@foleyhoag.com

        Martin G. Weinberg, Esq. (BBO #519480)
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        Tel: (617) 227-3700
        owlmgw@att.net

        Matthew L. Schwartz
        Boies Schiller Flexner
        55 Hudson Yards, 20th Floor
        New York, NY 1001
        Tel: (212) 303-3646
        mlschwartz@bsfllp.com


        LORI LOUGHLIN

        By her attorneys,

Dated: April 16, 2019    */s/ William J. Trach*
        William J. Trach (BBO #661401)
        LATHAM & WATKINS LLP
        200 Clarendon Street
        Boston, MA  02116
        Tel:  (617) 948-6000
        william.trach@lw.com

        Sean M. Berkowitz (*admitted pro hac vice*)
        LATHAM & WATKINS LLP
        330 North Wabash Avenue, Suite 2800
        Chicago, IL 60611
        Tel:  (312) 777-7016
        sean.berkowitz@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel:  (714) 540-1235
perry.viscounty@lw.com


MOSSIMO GIANNULLI

By his attorneys,

Dated: April 16, 2019

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel:  (714) 540-1235
perry.viscounty@lw.com


WILLIAM MCGLASHAN, JR.

By his attorneys,

Dated: April 16, 2019

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304

        Joan M. Loughnane (*pro hac vice*)
        jloughnane@sidley.com
        SIDLEY AUSTIN LLP
        787 7th Avenue
        New York, NY 10019
        Tel: (212) 839-5567

        */s/ John C. Hueston*
        John C. Hueston (*pro hac vice*)
        Marshall Camp (*pro hac vice*)
        HUESTON HENNIGAN LLP
        523 W. 6th Street, Suite 400
        Los Angeles, CA 90014
        Tel: (213) 788-4340
        jhueston@hueston.com
        mcamp@hueston.com


        DIANE BLAKE AND TODD BLAKE

        By their attorneys,

Dated: April 16, 2019        */s/ David E. Meier*
        David E. Meier (BBO #341710)
        Todd & Weld LLP
        One Federal Street, 27th Floor
        Boston, MA 02110
        Tel: (617) 624-4732
        dmeier@toddweld.com

        Stephen H. Sutro, Esq.
        Duane Morris LLP
        One Market Plaza, Suite 2200
        San Francisco, CA 94105-1127
        Tel: (415) 957-3008
        shsutro@duanemorris.com


**CERTIFICATE OF SERVICE**

    I, John Littrell, hereby certify that on April 16, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

        */s/ John L. Littrell*
        John L. Littrell