UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY COLBURN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cr-10080-NMG |

**DEFENDANT ELISABETH KIMMEL'S MOTION FOR LEAVE
TO OBTAIN COPY OF SEALED FEBRUARY 10, 2021, HEARING TRANSCRIPT**

Defendant Elisabeth Kimmel ("Defendant") respectfully moves this Court for leave to obtain a copy of the transcript of a sealed, *ex parte* hearing that occurred on February 10, 2021.

As grounds for the motion, counsel for Defendant states that he participated in the February 10, 2021, hearing, which pertained to an *ex parte* and under seal Rule 17(c) subpoena served by counsel for Defendant.

**WHEREFORE**, Defendant respectfully requests that her motion for leave to obtain a copy of the sealed February 10, 2021, hearing transcript be GRANTED.

Respectfully submitted,

**ELISABETH KIMMEL**

By her attorneys,

*/s/ Cory S. Flashner*
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com

Date: February 23, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Cory S. Flashner, hereby certify that counsel for Defendant did not confer with counsel for the government regarding this motion as the request pertains to a hearing that was conducted *ex parte* and under seal.

                                                   */s/ Cory S. Flashner*
                                                   Cory S. Flashner

## CERTIFICATE OF SERVICE

I, Cory S. Flashner, hereby certify that on February 23, 2021, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

                                                   */s/ Cory S. Flashner*
                                                   Cory S. Flashner