UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELISABETH KIMMEL,<br><br>　　　　Defendant. | Case No. 1:19-cr-10080-NMG-13 |

# ELISABETH KIMMEL'S MOTION TO WITHDRAW ASSENTED-TO MOTION TO EXTEND SELF-REPORT DATE (DKT. 2500)

Defendant Elisabeth Kimmel, by and through undersigned counsel, hereby moves to withdraw her previously filed Assented-to Motion to Extend Self-Report Date (Dkt. 2500). As grounds for this Motion, Mrs. Kimmel states that she received her designation from the Bureau of Prisons this morning to FMC Carswell and the requested continuance of her report date is no longer necessary.

WHEREFORE, Mrs. Kimmel respectfully requests that the Court permit her to withdraw her previously filed Motion.

Respectfully submitted,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Cory S. Flashner (BBO # 629205)
Eóin P. Beirne (BBO # 660885)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
RRPopeo@mintz.com
MERobinson@mintz.com
CSFlashner@mintz.com
EPBeirne@mintz.com

**Counsel for Elisabeth Kimmel**

Dated: January 7, 2022

# CERTIFICATE OF SERVICE

I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 7, 2022.

*/s/ Eóin P. Beirne*
Eóin P. Beirne