UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-10080-NMG |
| | ) | |
| | ) | **REQUEST FOR ORAL ARGUMENT** |
| ELISABETH KIMMEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR PERMISSION FOR LIMITED TRAVEL

Defendant Elisabeth Kimmel ("Mrs. Kimmel") hereby moves, for Permission for Limited Travel to Champaign, Illinois from May 13, 2022 to May 17, 2022 for the purpose of attending two life events, her daughter's law school graduation ceremony and military commissioning ceremony.

As grounds for this motion, Mrs. Kimmel states the following:

1.     Mrs. Kimmel, was charged and pled guilty to Count One of the Fourth Superseding Indictment, insofar as it charged her with conspiracy to commit mail and wire fraud.

2.     Mrs. Kimmel was sentenced to 6 weeks of incarceration to be followed by two years of Supervised Release (the first 12 months of which to be on home detention), a $250,000 fine, and a $100 Special Assessment. (Dkt. 2480).

3.     Mrs. Kimmel self-surrendered on January 12, 2022 to FMC Carswell and was released after completing her sentence on February 18, 2022.  After returning to her home in Las Vegas, Nevada, the U.S. District Court Probation Office for the District of Nevada began to supervise Mrs. Kimmel during her period of home detention.

4.     Mrs. Kimmel's requested travel is from May 13, 2022 to May 17, 2022.  She is seeking to travel from her home in Las Vegas, Nevada to her parent's home in Champaign,

*Motion denied.*
*STMGorton, USDJ 04/19/2022*

1