UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ELISABETH KIMMEL,<br><br>                Defendant | Case No. 1:19-cr-10080-NMG-13 |

## NOTICE OF APPEAL

Notice is hereby given that Elisabeth Kimmel, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the December 31, 2024 Memorandum and Order, ECF No. 2768, denying Mrs. Kimmel's Motion to Vacate Under 28 U.S.C. § 2255.

Dated: January 22, 2025

Respectfully submitted,

ELISABETH KIMMEL

By her attorneys,

*/s/ Eóin P. Beirne*
Andrew N. Nathanson (BBO #548684)
Eóin P. Beirne (BBO #660885)
Mathilda S. McGee-Tubb (BBO #687434)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
ANNathanson@mintz.com
EPBeirne@mintz.com
MSMcGee-Tubb@mintz.com

Barry A. Bohrer (Pro Hac Vice)  
Kerime S. Akoglu (BBO # 694314)  
MINTZ, LEVIN, COHN, FERRIS,  
GLOVSKY AND POPEO, P.C.  
919 Third Avenue  
New York, NY 10022  
(212) 935-3000  
BABohrer@mintz.com  
KSAkoglu@mintz.com  

## CERTIFICATE OF SERVICE

I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2025.

*/s/ Eóin P. Beirne*  
Eóin P. Beirne